IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 AUG 14 PM 2:05
CLERK J. Hodges
SO. DIST. OF GA.

| | |
|---|---|
| KENNETH GLENN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 320-007 |
| ) | |
| JOHNSON STATE PRISON; GREG ) | |
| DOZIER, Commissioner; TIMOTHY ) | |
| WARD; ROBERT TOOLE; FNU ) | |
| KRICKMER; FNU SHEPHERD, Regional ) | |
| Director; ANTOINE CALDWELL, Warden; ) | |
| EDGINALD GIBBONS, Deputy Warden of ) | |
| Security; FNU FRANKLIN, Deputy Warden ) | |
| of Care and Treatment/PREA; FNU ) | |
| MESSER, Deputy Warden of Administration; ) | |
| FNU WEST, Mental Health Chief Counselor; ) | |
| KOCHELLE WATSON, Unit Manager; ) | |
| FNU WICKER, Unit Manager; FNU ) | |
| MORRIS, Medical Director; FNU BRAGG, ) | |
| Chief Counselor; DR. JANE WEILDEMAN; ) | |
| FNU COWEN, Medical Director; LT. CARR; ) | |
| LT. CAUSEWELL; SERGEANT ) | |
| THOMPSON; SERGEANT K. ROGERS; ) | |
| OFFICER LARGE; OFFICER HAMEEM; ) | |
| BILLY WICKER, Librarian; FNU PERRY, ) | |
| Mental Health Counselor; DR. THOMPSON, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 21.) In addition to filing objections, Plaintiff seeks additional time to file more objections if his

original objections are unconvincing. (Id. at 5.) Parties are permitted one opportunity to file objections, which Plaintiff has now done, and the Court **DENIES** the motion.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___14th___ day of August, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE